UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STANLEY REISS,

                Plaintiff,

v.                                                             Case No.  8:08-cv-69-T-24 MSS

JOYCE CLATEMAN and
SAUL CLATEMAN,

                Defendants.

_____/

## ORDER

This cause comes before the Court on Plaintiff's Petition for CM/ECF Admission.  (Doc.

No. 5.)  Plaintiff Stanley Reiss is proceeding pro se.

Upon consideration of the motion and being otherwise fully advised, Plaintiff's Petition

for CM/ECF Admission is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 24th day of January, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiff